UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY NORMA SAYAD, | No. C 13-1915 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| WALTER MILLER, Warden, | |
| Respondent. / | |

Respondent has filed an *ex parte* request for a 60-day extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Linda Murphy, the court GRANTS respondent's request. (Docket # 8.) Respondent must file and serve his response to the petition no later than **November 23, 2013**. Petitioner must file and serve his traverse no later than **December 29, 2013.**

IT IS SO ORDERED.

DATED: September 10, 2013

SUSAN ILLSTON
United States District Judge