UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CINDY NORMA SAYAD,                                No. C 13-1915 SI (pr)

    Petitioner,                                                **ORDER**

v.

WALTER MILLER, Warden,

    Respondent.
                                         /

    Petitioner's request for extension of time mailed on September 4, 2013, is DISMISSED as unnecessary because it crossed in the mail with the court's September 10, 2013 order extending the deadlines. (Docket # 10.) The September 10, 2013 order set a deadline of November 23, 2013 for respondent to file his answer to the petition.

    Respondent met the deadline by filing an answer and supporting memorandum of points and authorities on November 22, 2013, and mailing a copy to petitioner. However, the copy sent to petitioner apparently did not reach her, as she sent to the court a letter dated December 5, 2013 stating she had not yet received anything from respondent. In light of the foregoing:

    1. Respondent must mail a copy of the answer, supporting memorandum of points and authorities, and notice of lodging of exhibits to petitioner no later than **December 24, 2013.**

    2. The deadline for petitioner to file her traverse to the answer is now extended. Petitioner must file her traverse and serve a copy on respondent no later than **February 7, 2014.**

    IT IS SO ORDERED.

DATED: December 13, 2013

                                                        SUSAN ILLSTON
                                                 United States District Judge